# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS JR,<br><br>            Plaintiff,<br>     v.<br><br>PAUL GRIMWOOD, et al.,<br><br>            Defendants. | Case No. C22-794 BJR-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED and the complaint is DISMISSED with prejudice

(3)   the Clerk shall enter judgment and close this case.

Dated this 17th day of October, 2022.

*Barbara J Rothstein*
Barbara J. Rothstein
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1